AK
F.#2006R01180

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 24 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

    Defendant.

- - - - - - - - - - - - - - - - -X

UNSEALING ORDER

06-CR-448 (CPS)(VVP)

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney ALI KAZEMI, it is hereby

    ORDERED that the judgment in the above-captioned case be unsealed forthwith.

Dated:    Brooklyn, New York
           January 24, 2012

                            Magistrate Judge Viktor V. Pohorelsky
                            _____
                            THE HONORABLE VIKTOR V. POHORELSKY
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK